Opinion filed March 5, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed March 5,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00215-CV

                                                    __________

 

                                    MARY LOU WILCOX, Appellant

 

                                                             V.

 

                              HOWARD
D. WILCOX ET AL, Appellees

 



 

                                        On
Appeal from the 172nd District Court

 

                                                       Jefferson
County, Texas

 

                                                Trial
Court Cause No. D-171,492

 



 

                                            M
E M O R A N D U M    O P I N I O N

Mary
Lou Wilcox has filed in this court a motion to dismiss her appeal.  Appellant
states that  the parties have agreed to settle their differences and that,
therefore, her appeal is moot.  The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

March 5, 2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.